WEATHERS-TAYLOR V RUETTINGER, Nos. 138057 and 138069; Court of Appeals Nos. 267097 and 265511.

BAKER CONCRETE CONSTRUCTION, INC V WHALEY STEEL CORPORATION, No. 138066; Court of Appeals No. 272455.

HOLMES V HOLMES, No. 138086; reported below: 281 Mich App 575.

PEOPLE V THADDEUS WILLIAMS, No. 138089; Court of Appeals No. 279713.

PEOPLE V TYRESE MOORE, No. 138090; Court of Appeals No. 279973.

PEOPLE V SINESIO, No. 138097; Court of Appeals No. 288459.

*In re* TRAWCZYNSKI (MAGNUS V CLINARD), No. 138107; Court of Appeals No. 287368.

PEOPLE V LAFEY, No. 138113; Court of Appeals No. 288534.

PEOPLE V MICHAEL JAMES MILLER, No. 138130; Court of Appeals No. 279545.

MACHINING ENTERPRISES, INC V WAUSAU BUSINESS INSURANCE COMPANY, No. 138138; Court of Appeals No. 277950.

PEOPLE V ALAN THOMPSON, No. 138140; Court of Appeals No. 288413.

PEOPLE V JERRY HILL, No. 138147; Court of Appeals No. 280986.

PEOPLE V BOGARD, No. 138149; Court of Appeals No. 282393.

SEBA V LAWYER'S TITLE INSURANCE CORPORATION, No. 138155; Court of Appeals No. 278911.

PEOPLE V RYANS, No. 138164; Court of Appeals No. 280419.

PEOPLE V PIERSON, No. 138175; Court of Appeals No. 279653.

PEOPLE V COURTLAND, No. 138190; Court of Appeals No. 276206.

PEOPLE V IGLESIAS, No. 138200; Court of Appeals No. 288494.

PEOPLE V ATHEY, No. 138210; Court of Appeals No. 286899.

PEOPLE V ALLEN WHITE, No. 138212; Court of Appeals No. 286535.

STANLEY V STANLEY, No. 138214; Court of Appeals No. 286877.

PEOPLE V KNIGHTEN, No. 138218; Court of Appeals No. 281341.

MICHIGAN STATE UNIVERSITY ADMINISTRATIVE PROFESSIONAL ASSOCIATION, MEA/NEA V MORALEZ, No. 138222; Court of Appeals No. 278415.

PEOPLE V CESARE GREER, No. 138227; Court of Appeals No. 280083.

PEOPLE V ROGER JONES, II, No. 138231, Court of Appeals No. 289300.

PEOPLE V RICHARD SMITH, No. 138243; Court of Appeals No. 282230.